# Court of Appeals
# of the State of Georgia

ATLANTA,     March 28, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1217. JEROME VANALSTYNE v. MONIKE SAPP.**

Jerome Vanalstyne filed an application for direct appeal seeking review of, inter alia, the trial court's order denying his motion to set aside a final divorce decree. However, the Georgia Supreme Court has jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008); see also *Todd v. Todd*, 287 Ga. 250 (703 SE2d 597) (2010). Because the underlying subject matter of this appeal is divorce, it is hereby TRANSFERRED to the Supreme Court for disposition



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*     03/28/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*